UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN B. NAVE,<br><br>              Petitioner,<br><br>   v.<br><br>JEFFREY A. UTTECHT,<br><br>             Respondent. | NO: 2:21-CV-0314-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Petitioner's Notice to Voluntarily Dismiss Petition for Writ of Habeas Corpus. ECF No. 8. Because Respondent has neither filed an answer nor moved for summary judgment, Petitioner has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Petitioner's Notice to Voluntarily Dismiss Petition for Writ of Habeas Corpus, ECF No. 8, is **GRANTED**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

All claims and causes of action in this matter are **DISMISSED** without prejudice and without taxation of costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal without prejudice, furnish copies to the parties, and **CLOSE** the file.

DATED December 14, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2