AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| NATHAN B. NAVE,<br>*Plaintiff*<br>v.<br><br>JEFFREY A. UTTECHT,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:21-CV-0314-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Petitioner's Notice to Voluntarily Dismiss Petition for Writ of Habeas Corpus, ECF No. 8, is GRANTED. All claims and causes of action in this matter are DISMISSED without prejudice and without taxation of costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   pursuant to Petitioner's Notice of Voluntary Dismissal (ECF No. 8).

Date:   December 14, 2021            CLERK OF COURT

                                     SEAN F. McAVOY

                                     *s/ B. Fortenberry*
                                     *(By) Deputy Clerk*
                                     B. Fortenberry